## No. XVII.

### THOMAS C. DOSS v. JOHN R. CRADOCK.

*Appeal from Lamar County.*

OCHILTREE, JUSTICE.—This case comes up from the District Court of Lamar County, unaccompanied with any statement of facts or bill of exceptions. On an examination of the record we can discover no error whatsoever in the judgment of the court below. We therefore are of opinion that the same be in all things affirmed.

*Affirmed.*